IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:14-CV-273-BR

| | |
|---|---|
| LAMBERT VANDERGRIFT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| U.N.C. REX HOSPITAL, ) | |
| ) | |
| Defendant. ) | |

This case is before the court on the consent motion (D.E. 27) filed by defendant U.N.C. Rex Hospital ("defendant") to excuse a representative of its insurance carrier from in-person attendance at the settlement conference scheduled for 2 December 2014 (*see* D.E. 26). There being no opposition to the motion and good cause having been shown, the motion is ALLOWED. A representative of the defendant's insurance carrier need not appear in person at the settlement conference, but shall be available by telephone during the conference.

Counsel for the parties remain subject to the requirement to appear in-person at the settlement conference. Nothing herein shall be deemed to limit the court's discretion with respect to arrangements for any further settlement proceedings in this case.

SO ORDERED, this the 16 day of October 2014.

James E. Gates
United States Magistrate Judge